USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                    :

MILWAUKEE ELECTRIC TOOL       :
CORPORATION,                        :

                        :                1:26-cv-2720-GHW
                   Plaintiff,    :

           -v-               :                 ORDER

                        :

THE INDIVIDUALS, CORPORATIONS,  :
LIMITED LIABILITY COMPANIES,    :
PARTNERSHIPS, AND UNINCORPORATED :
ASSOCIATIONS IDENTIFIED ON     :
SCHEDULE A,                    :
                 Defendants.  :

                        :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On April 2, 2026, Plaintiff filed this trademark infringement action and requested that the Court grant it a temporary restraining order ("TRO"). Dkt. Nos. 1, 8. On April 3, 2026, the Court issued an order identifying deficiencies in Plaintiff's TRO application and indicating that the Court would defer ruling on the application until Plaintiff provided additional information. Dkt. No. 17. Plaintiff has not submitted a renewed application or filed anything further in this action. The Court understands that Plaintiff may be attempting to develop an appropriate record on which to pursue this action. If Plaintiff is not prepared to litigate this action at this time, it may file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and commence a new action when it is prepared to proceed. Plaintiff is directed to submit a status letter to the Court regarding this case no later than May 19, 2026 if no stipulation of dismissal has been filed by that date.

     SO ORDERED.

Dated: May 15, 2026
      New York, New York

                                    GREGORY H. WOODS
                              United States District Judge